Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA  94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
SARA CHRISTINE FRY


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8931
chantal.jenkins@ssa.gov

Attorneys for Defendant


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| SARA CHRISTINE FRY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:16-CV-00405-BAM<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

1   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
2   with the approval of the Court, that Plaintiff shall have an extension of time of sixty (60) days to
3   serve her Opening Brief. Plaintiff's counsel seeks this extension due to the need of amending and
4   repeating the voluntary remand process. Two separate files were lodged in this matter. (ECF Doc.
5   8 and ECF Doc. 9). Plaintiff's counsel's original confidential letter brief related to the lodged file
6   found at ECF Doc. 8, while the lodged file actually at issue in this matter is found at ECF Doc. 9.
7   Counsel for both Plaintiff and Defendant failed to discover the error during the exchange of
8   voluntary remand letter briefs.
9   In order to minimize the impact to both Plaintiff and the Court's docket, counsel shall
10  serve Plaintiff's amended confidential letter brief within fifteen days, on or before **December 19,**
11  **2016**. Defendant shall serve a response to the amended request for voluntary remand within
12  fifteen days, on or before **January 3, 2017**. Plaintiff's Opening Brief, if necessary, shall be filed
13  on or before **February 6, 2017**. All other deadlines set forth in the Scheduling Order (ECF Doc.
14  5) are modified accordingly.

15                                          Respectfully submitted,

16  Dated: December 5, 2016                 NEWEL LAW

17
18                                   By:    *Melissa Newel*
                                            Melissa Newel
19                                          Attorney for Plaintiff
                                            SARA CHRISTINE FRY
20

21  Dated: December 5, 2016                 PHILLIP A. TALBERT
                                            United States Attorney
22                                          DEBORAH LEE STACHEL
23                                          Acting Regional Chief Counsel, Region IX
                                            Social Security Administration
24
25                                   By:    Chantal Jenkins*
                                            CHANTAL R. JENKINS
26                                          (*Authorized by email dated 12/05/2016*)
                                            Special Assistant U.S. Attorney
27                                          Attorneys for Defendant
28

## **ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff's amended confidential letter brief shall be served on or before **December 19, 2016**. Defendant shall serve a response on or before **January 3, 2017**. Plaintiff shall have an extension of time of sixty days, up to and including **February 6, 2017**, to file her Opening Brief. All other deadlines set forth in the Scheduling Order (ECF Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **December 6, 2016**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE